Cr.R. 112, 128 S.W.2d 402; Johnson v. State, 150 Tex.Cr.R. 411, 201 S.W.2d 832.

For the error discussed, the judgment is reversed and the cause remanded.

The record on appeal contains no statement of facts or bills of exception.

All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.

Oblet NATHAN, Appellant,

v.

The STATE of Texas, Appellee.

No. 27820.

Court of Criminal Appeals of Texas

Nov. 16, 1955.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The unlawful sale of beer in a dry area is the offense; the punishment, a fine of $800.

Martin Luther VENTERS, Appellant,

v.

The STATE of Texas, Appellee.

No. 27767.

Court of Criminal Appeals of Texas.

Nov. 2, 1955.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, $50 fine and 30 days in jail.

The record on appeal contains no statement of facts or bills of exception. All

proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.